**NOT FOR PUBLICATION**                                                                  **CLOSING**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ROSALINDA O. CARINO ) | |
| ) | Civ. Docket No. 07-2483 (FSH) |
| Plaintiff, ) | |
| v. ) | |
| ) | **ORDER** |
| AMERICAN BANK OF N.J., MR. ) | |
| VINCENT ROSPOND, MS. MILLIE ) | |
| COWEN ) | |
| ) | June 4, 2007 |
| Defendants. ) | |

     This matter coming before this Court upon *pro se* Plaintiff Carino's Complaint and Application to Proceed in Forma Pauperis; and

     it appearing that *pro se* Plaintiff Carino's Complaint contains similar allegations to another Complaint filed by Rosalinda Carino in the District of New Jersey, Docket No. 06-6268 (*Carino v. Bank of New York, Cappello, and Becher*); and

     it appearing that Plaintiff Carino recently tried to amend her Complaint in Docket No. 06-6268 to add additional Defendants, including Mr. Vincent Rospond, who is a Defendant in this case, Docket No. 07-2483;

     **IT IS** on this 4th day of June, 2007,

     **ORDERED** that Plaintiff shall **by June 14, 2007** provide a submission to this Court stating whether or not Docket No. 06-6268 (*Carino v. Bank of New York, Cappello, and Becher*) is related to this Complaint, Docket No. 07-2483 and explaining how they are related, if so.

1

Dockets.Justia.com

/s/ Faith S. Hochberg
Hon. Faith S. Hochberg, U.S.D.J.