NOT FOR PUBLICATION                                                                          CLOSED

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

ROSALINDA O. CARINO,

        Plaintiff,

        v.

THE AMERICAN BANK OF NEW JERSEY, et al.,

        Defendants.

Civil Case No. 07-2483 (FSH)

**ORDER and OPINION**

Date: March 4, 2008

**HOCHBERG, District Judge**

    This matter having come before the Court on Plaintiff Carino's Motion to Reopen the Case (DKT#11) and the Court having considered Plaintiff's papers in accordance with Fed. R. Civ. P. 78; and

    it appearing that on May 23, 2007 Plaintiff Carino submitted an application to appear <u>in forma pauperis</u>, which the Court denied on June 14, 2007; and

    it appearing that in the Court's June 14, 1007 Order, the Court "**ORDERED** that Plaintiff has until July 13, 2007 to pay the $350 filing fee under 28 U.S.C. §1914(a) to the Clerk's office or else this Complaint will be deemed withdrawn." (DKT#5); and

    it appearing that Plaintiff Carino failed to submit the $350 filing fee by July 13, 2007, after which the Court "**ORDERED** that the Complaint in this matter is hereby deemed withdrawn, and the Clerk of the Court shall close the file." (DKT#7); and

it appearing that on January 4, 2008, nearly six months after the deadline imposed by this Court's order, Plaintiff Carino attempted to pay her fee and moved this Court to reopen this case.

**ACCORDINGLY IT IS** on this 4th day of March, 2008

**ORDERED** that Plaintiff Carino's Motion to Reopen the Case (DKT#11) is **DENIED** without prejudice to Plaintiff's right to refile a new case with the Clerk of the Court, and without any opinion as to the timeliness of any subsequent filing; and it is further

**ORDERED** that if the Clerk of the Court has already accepted the $350 filing fee from Plaintiff for this case, such fee shall be refunded to Plaintiff, and that Plaintiff shall enclose her $350 filing fee if she chooses to refile this case with the Clerk of the Court.

/s/ Faith S. Hochberg

**Hon. Faith S. Hochberg, U.S.D.J.**